**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**PEGGY BORDELON, ET AL.**                    **CIVIL ACTION NO: 23-CV-3682**

**VERSUS**                                    **JUDGE DARREL JAMES PAPILLION**

**HOMESITE INSURANCE CO, ET AL.**            **MAGISTRATE JUDGE MICHAEL B.**
                                              **NORTH**

## ORDER

Considering the parties' Joint Motion to Dismiss With Prejudice (R. Doc. 17),

**IT IS ORDERED** that the motion is **GRANTED**, and Plaintiffs' claims against

Defendants are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

New Orleans, Louisiana, this 7th day of May 2024.


_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**